■ EMMANUEL TOMBARI, on Behalf of L.C.T., a Minor, Respondent, v KALEIDA HEALTH, Doing Business as THE CHILDREN'S HOSPITAL OF BUFFALO, Now Known as THE WOMEN AND CHILDREN'S HEALTH RESEARCH FOUNDATION and THE CHILDREN'S HOSPITAL OF BUFFALO, INC., et al., Appellants, et al., Defendants. [832 NYS2d 851]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered April 18, 2006. The order, among other things, granted plaintiff's motion for leave to amend the summons and complaint.

Now, upon reading and filing the stipulation signed by the attorneys for the parties on March 14, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Peradotto and Pine, JJ.